Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 10/28/2026

**MEMORANDUM ENDORSED**

October 27, 2026

By ECF

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Carlos Guzman, 26 Cr. 228 (GHW)**

Dear Judge Woods:

I write with the Government's consent to respectfully request that the Court adjourn sentencing in this matter, which is currently scheduled for November 24, 2026, by approximately three weeks. I make this request because I am still awaiting certain records pertaining to Mr. Guzman that are necessary for the filing of my sentencing submission. This is my first request for an adjournment of sentencing. I respectfully note that the parties are unavailable for sentencing on December 11 and 17.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Government counsel

Application granted. The sentencing hearing previously scheduled for November 24, 2026 at 11:00 a.m. is adjourned to December 15, 2026 at 10:00 a.m. The defendant's sentencing submissions are due no later than December 1, 2026; the Government's sentencing submissions are due no later than December 8, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14.
SO ORDERED.

Dated: October 28, 2026
New York, New York

GREGORY H. WOODS
United States District Judge